# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laura Gonzalez, | No. CV-21-01340-PHX-MTL (DMF) |
| Plaintiff, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

This case is currently scheduled for a settlement videoconference on Monday, July 1, 2024, at 9:30 a.m. with Magistrate Judge Bruce Macdonald. On April 9, 2024, counsel contacted Judge Macdonald's chambers to inform the Court that due to a scheduling conflict, the parties needed to reschedule the settlement videoconference for a future date. Accordingly,

**IT IS ORDERED** that the July 1, 2024 settlement conference is VACATED.

**IT IS FURTHER ORDERED** that counsel shall contact Judge Macdonald's chambers at macdonald_chambers@azd.uscourts.gov or # (520) 205-4200, when they are ready to reschedule the conference.

Dated this 19th day of April, 2024.

Honorable Bruce G. Macdonald
United States Magistrate Judge