1  John T. Masterson, Bar #007447
   Ashley E. Caballero-Daltrey, Bar #036449
2  JONES, SKELTON & HOCHULI P.L.C.
   40 N. Central Avenue, Suite 2700
3  Phoenix, Arizona 85004
   Telephone: (602) 263-7331
4  Fax: (602) 200-7846
   jmasterson@jshfirm.com
5  adaltrey@jshfirm.com

6  Attorneys for Defendants City of Phoenix,
   Bobbi Cozad, Oscar Jimenez, Brett
7  Lingenfelter, Alonso Lopez, Roszell Mosley,
   Todd Stevens, and Andrew Williams

8

9              **UNITED STATES DISTRICT COURT**

10                 **DISTRICT OF ARIZONA**

11  Laura Gonzalez, individually and on behalf    No. 2:21-cv-01340-MTL-DMF
    of the statutory beneficiaries of Ramon
12  Timothy Lopez, and in her capacity as the     **AMENDED NOTICE OF APPEAL**
    Personal Representative of the Estate of
13  Ramon Timothy Lopez,

14                          Plaintiffs,

15         v.

16  City of Phoenix, a municipality; Bobbi
    Cozad, an individual; Oscar Jimenez, an
17  individual; Brett Lingenfelter, an individual;
    Alonso Lopez, an individual; Roszell
18  Mosley, an individual; Todd Stevens, an
    individual; and Andrew Williams, an
19  individual,

20                          Defendants.

21

22         Defendants City of Phoenix, Bobbi Cozad, Oscar Jimenez, Brett Lingenfelter,

23  Alonso Lopez, Roszell Mosley, Todd Stevens, and Andrew Williams give notice that they are

24  appealing to the United States Court of Appeals for the Ninth Circuit from (1) the Court's

25  Order entered on March 20, 2024 [Doc. 123] denying them qualified immunity for placing

26  Lopez in a vehicle and subsequently moving him to a nearby parking lot for medical treatment,

27

28

117016919.1

and all inextricably intertwined rulings therein[1]; and (2) the Court's Order entered on May 6, 2024 [Doc. 129] denying Defendants' Motion for Reconsideration regarding the Court's March 20, 2024 Order.   The Orders denying Defendants' assertion of immunity are immediately appealable. *Ashcroft v. Iqbal*, 556 U.S. 662, 671-72 (2009); *Mitchell v. Forsyth*, 472 U.S. 511, 525-29 (1985).

DATED this 9th day of May, 2024.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Ashley E. Caballero-Daltrey
John T. Masterson
Ashley E. Caballero-Daltrey
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants City of Phoenix,
Bobbi Cozad, Oscar Jimenez, Brett
Lingenfelter, Alonso Lopez, Roszell Mosley,
Todd Stevens, and Andrew Williams

---

[1] A prior timely notice of appeal was taken from this Order on April 18, 2024.  [*See* Doc. 126.]  Following this Order, the Ninth Circuit stayed the appeal and revested jurisdiction so this Court could resolve the pending motion for reconsideration.  [Dkt. 4.]

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2024, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Joel B. Robbins, Esq.
Jesse M. Showalter, Esq.
ROBBINS CURTIN MILLEA & SHOWALTER, LLC
301 E. Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
joel@rcmslaw.com
jesse@rcmslaw.com
Attorneys for Plaintiff

Michael F. Bonamarte, IV, Esq.
Michael Shanahan , Esq.
LEVIN & PERCONTI
325 N. La Salle Drive, #300
Chicago, Illinois 60654
mfb@levinperconti.com
mls@levinperconti.com
(Admitted Pro Hac Vice)
Attorneys for Plaintiff

Benjamin L. Crump, Esq.
BEN CRUMP LAW, PLLC
122 S. Calhoun Street
Tallahassee, Florida 32301
court@bencrump.com
(Admitted Pro Hac Vice)
Attorney for Plaintiff


/s/Karen Gawel

117016919.1