# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laura Gonzalez,<br><br>    Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>    Defendants. | No. CV-21-01340-PHX-MTL<br><br>**ORDER** |

Having reviewed Defendants' Motion to Stay (Doc. 133) and Plaintiff's Non-Opposition to Defendants' Motion to Stay (Doc. 134),

**IT IS ORDERED** granting Defendants' Motion (Doc. 133.)

**IT IS FURTHER ORDERED** staying these proceedings pending the outcome of Defendants' interlocutory appeal.

Dated this 31st day of October, 2024.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge