Joel B. Robbins (011065)
Jesse M. Showalter (026628)
**ROBBINS CURTIN MILLEA & SHOWALTER, LLC**
301 East Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
Tel: (602) 400-4400
Fax: (602) 265-0267
joel@rcmslaw.com
jesse@rcmslaw.com

Michael F. Bonamarte, IV (IL 6285779)
**LEVIN & PERCONTI**
325 N. La Salle Drive, #300
Chicago, Illinois 60654
Tel: (312) 332-2872
mfb@levinperconti.com

Benjamin L. Crump (FL 72583)
**BEN CRUMP LAW, PLLC**
122 S. Calhoun Street
Tallahassee, Florida 32301
Tel: (850) 224-2020
court@bencrump.com
*Co-counsel for Plaintiff*

**ROBBINS CURTIN MILLEA & SHOWALTER, LLC**
301 East Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
Telephone: (602) 400-4400 ♦ Fax: (602) 265-0267

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Laura Gonzalez, individually and on behalf of the statutory beneficiaries of Ramon Timothy Lopez, and in her capacity as the Personal Representative of the Estate of Ramon Timothy Lopez,

Plaintiff,

v.

City of Phoenix, et al.,

Defendants.

No. 2:21-cv-01340-MTL-DMF

**JOINT SETTLEMENT STATUS REPORT**

Pursuant to the Court's September 1, 2026 Order (Doc. 155), the parties provide the Court with this status report.

ROBBINS CURTIN MILLEA & SHOWALTER, LLC
301 East Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
Telephone: (602) 400-4400 ♦ Fax: (602) 265-0267

On May 22, 2026, the parties reached a tentative settlement of this matter. In an executive session, the Phoenix City Council approved the settlement. The settlement now needs to be approved by the Phoenix City Council at an open meeting. Plaintiffs have provided the City with all information necessary for the City to approve the settlement. Plaintiffs are awaiting word on when the settlement will be placed on the Council's agenda for formal approval.

Upon approval of the settlement by the City Council, Plaintiffs will file for approval of the settlement in the probate division of the Maricopa County Superior Court.

After probate court approval, the parties will finalize their settlement agreement and file a Stipulation to Dismiss with the Court.

RESPECTFULLY SUBMITTED: October 8, 2026

**ROBBINS CURTIN MILLEA & SHOWALTER, LLC**

By: /s/ Jesse M. Showalter
Joel B. Robbins
Jesse M. Showalter
*Attorneys for Plaintiff*

**JONES, SKELTON & HOCHULI, P.L.C.**

By: /s/ John T. Masterson (w/permission)
John T. Masterson
James E. Cerasia
*Attorneys for Defendants*

ROBBINS CURTIN MILLEA & SHOWALTER, LLC
301 East Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
Telephone: (602) 400-4400 ♦ Fax: (602) 265-0267

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

John T. Masterson
James E. Cerasia
**JONES, SKELTON & HOCHULI, P.L.C.**
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
jmasterson@jshfirm.com
jcerasia@jshfirm.com
*Attorneys for Defendants*

Michael F. Bonamarte, IV
**LEVIN & PERCONTI**
325 N. La Salle Drive, #300
Chicago, Illinois 60654
mfb@levinperconti.com
*Co-counsel for Plaintiff*

Benjamin L. Crump
**BEN CRUMP LAW, PLLC**
122 S. Calhoun Street
Tallahassee, Florida 32301
court@bencrump.com
*Co-counsel for Plaintiff*

By: /s/ Julie W. Molera